**El Shaddai MASADA, Plaintiff–Appellant,**

v.

**Kenneth A. RICHSTAD, Clerk, South Carolina Court of Appeals; Ida R. Carson, Deputy Clerk; Jasper M. Cureton, Jr., Defendants–Appellees.**

No. 01–8116.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

El Shaddai Masada, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

El Shaddai Masada appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Masada's motion for appointment of counsel and affirm on the reasoning of the district court. *Masada v. Richstad,* No. CA–01–3836–7 (D.S.C. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*